ROBERT M. ZEMANEK, APPELLEE, V. BEVERLY A. ZEMANEK, APPELLANT.
363 N.W.2d 399

Filed March 8, 1985.    No. 84-396.

Jerome J. Ortman, for appellant.

Henry R. Setser of Erickson & Sederstrom, P.C., for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.